IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Burns, Jason A | Case Number: 08 B 17584 |
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 7/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 19,500.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 157.50 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 110.20 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 157.50 | 0.00 |
| 8. | HSBC | Unsecured | | No Claim Filed |
| 9. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 10. | Credit Management Service | Unsecured | | No Claim Filed |
| 11. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | Marquette Consumer Finance | Unsecured | | No Claim Filed |
| 15. | Cbe Group | Unsecured | | No Claim Filed |
| | | | $ 23,266.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Burns, Jason A

Printed: 01/06/09

Case Number:  08 B 17584
Judge:  Hollis, Pamela S
Filed:  7/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

